UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br><br>v.<br><br>BALAJI ANGLE, in his individual and representative capacity as Trustee--Angle Family Revocable Trust; CHHAYA ANGLE, in her individual and representative capacity as Trustee--Angle Family Revocable Trust; and Does 1-10,<br><br>      Defendants, | Case: 2:14-CV-02808-EFB<br><br>**ORDER** |

## **ORDER**

Pursuant to the parties' joint stipulation for dismissal under Federal Rule of Civil Procedure 41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  November 3, 2015

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE